THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ROBERT LEE, Respondent.

Submitted November 29, 1954; decided December 3, 1954.

*Asher Marcus* for motion.

*Edward S. Silver, District Attorney* (*William I. Siegel* of counsel), opposed.

Motion denied.